UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

LINDA GOSNELL,

        Plaintiff,

vs.                                      CAUSE NO. 2:14-cv-00261-WTL-WGH

UNION HOSPITAL, INC.,

        Defendant.

## ORDER

Comes now the plaintiff, Linda Gosnell, by counsel, Benjamin R. Aylsworth, and comes now the defendant, Union Hospital, Inc., by counsel, William W. Drummy.

The Court having examined the parties' Stipulation for Dismissal, the pleadings filed herein, and being duly advised in the premises, now ORDERS that the above-entitled cause of action should be, and the same is hereby dismissed, with prejudice, at plaintiff's costs, costs paid.

SO ORDERED this 21st day of May, 2015.

*[signature: William T. Lawrence]*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

Benjamin R. Aylsworth
BIESECKER DUTKANYCH & MACER, LLC
baylsworth@bdlegal.com

Andrew Dutkanych, III
BIESECKER DUTKANYCH & MACER, LLC
ad@bdlegal.com

William W. Drummy
WILKINSON GOELLER MODESITT WILKINSON & DRUMMY
wwdrummy@wilkinsonlaw.com